Case Name: FELTS, RENEE JEAN
Case No:    08-70014

# CERTIFICATION OF REVIEW

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: December 23, 2008        WILLIAM T. NEARY
United States Trustee, Region 11


BY:    */s/ Carole J. Ryczek*
CAROLE J. RYCZEK
Attorney for the U.S. Trustee