Case Name: FELTS, RENEE JEAN
Case No:     08-70014

# **CERTIFICATION OF REVIEW**

The U.S. Trustee has reviewed the Amended Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: February 26, 2009          WILLIAM T. NEARY
                                  United States Trustee, Region 11


                         BY:      */s/ Carole J. Ryczek*
                                  CAROLE J. RYCZEK
                                  Attorney for the U.S. Trustee