UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| FELTS, RENEE JEAN | ) | CASE NO. 08-70014-MLB |
| | ) | |
| Debtor(s). | ) | Hon. MANUEL BARBOSA |

### AMENDED NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: U.S. Bankruptcy Court, 211 S. Court St., Rockford, IL 61101

    On: March 4, 2009            Time: 10:00 A.M.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $26,011.60 |
    | Disbursements | $0.00 |
    | Net Cash Available for Distribution | $26,011.60 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | Daniel M. Donahue<br>*Trustee* | $0.00 | $3,351.01 | $0.00 |
    | McGreevy Williams<br>*Attorney for Trustee* | $0.00 | $5,925.00 | $45.58 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $409,574.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 4.0750%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Lester And Carol Ohrn | $263,000.00 | $10,717.14 |
| 2 | Lawrence And Teresa Cuciarone | $32,697.78 | $1,332.42 |
| 3 | Edward And Rosemary Rybski | $8,000.00 | $326.00 |
| 4 | James Felts | $2,000.00 | $81.50 |
| 5 | Discover Bank/DFS Services LLC | $2,051.41 | $83.59 |
| 6 | PYOD LLC Its Successors And Assigns | $11,717.21 | $477.47 |
| 7 | Citizens Bank | $90,108.44 | $3,671.89 |

8. Claims of secured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and unsecured claims have been paid in full. The secured dividend is anticipated to be 0.0000%.

Allowed secured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|

9. Back to Debtor claims totaling $0.00 have been allowed and will be paid. The Back to Debtor dividend is anticipated to be 0.0000%.

Allowed Back to Debtor claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|

10. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

11. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Need to set up a Clerk Address field in Judge Linkages., or may be viewed on the Court's web site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

12. Debtor(s) have not been discharged.

13. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Real Property | $325,000.00 |

| | |
|---|---:|
| Household goods and furnishings | $1,250.00 |
| Wearing Apparel | $200.00 |
| Shot gun | $100.00 |
| 2002 Chevrolet pickup | $12,500.00 |
| Pets | $400.00 |
| Membership - TCC Enterprises, LLC | $0.00 |

Dated: February 27, 2009          /s/ Daniel M. Donahue, Trustee

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: mreilly               Page 1 of 1                  Date Rcvd: Mar 02, 2009
Case: 08-70014                Form ID: pdf002             Total Served: 15

The following entities were served by first class mail on Mar 04, 2009.
db            +Renee Jean Felts,   1723 East Spring Creek Road,   Oregon, IL 61061-9437
11882532      +AT&T Universal Card,   POB 688903,   Des Moines, IA 50368-8903
11882531      +Advanta BancCorp,   POB 30715,   Salt Lake City, UT 84130-0715
12598136      +Citizens Bank,   attn: Steve Principi,   443 Jefferson Blvd West,   Warwick, RI 02886-1321
12489626      +Edward and Rosemary Rybski,   943 Crestview Drive,   Palatine, IL 60067-3413
11851060      +Great Bank - Charter One,   234 South Randall Road,   Algonquin, IL 60102-9775
12489647      +James Felts,   1723 East Spring Creek Road,   Oregon, IL 61061-9437
11851061      +Larry and Teresa Cuciaron,   1680 Cumberlin Parkway,   Algonquin, IL 60102-4521
12489622      +Lawrence and Teresa Cuciarone,   1680 Cumberland Parkway,   Algonquin, IL 60102-4521
11851062      +Lester and Carol Ohrn,   210 Holly Tree Lane,   Simpsonville, SC 29681-5313
11851063      +National Bank & Trust,   230 West State Street,   Sycamore, IL 60178-1489
11851064      +Nationwide Advantage,   7660 Office Plaza Drive,   West Des Moines, IA 50266
12575733       PYOD LLC its successors and assigns as assignee of,   Citibank,   Resurgent Capital Services,
                PO Box 10587,   Greenville, SC 29603-0587

The following entities were served by electronic transmission on Mar 03, 2009.
11882533       E-mail/PDF: mrdiscen@discoverfinancial.com Mar 03 2009 02:31:58      Discover,   POB 30395,
                Salt Lake City, UT 84130
12532127       E-mail/PDF: mrdiscen@discoverfinancial.com Mar 03 2009 02:31:58
                Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany, OH 43054-3025
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 04, 2009**         **Signature:**   _Joseph Speetjens_