## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | Case No. 08-70014 MLB |
| FELTS, RENEE JEAN | § | |
| | § | |
| Debtor(s) | § | |
| | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
## CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  339,450.00 | Assets Exempt: 0.00 |
| Total Distributions to Claimants:  16,690.24 | Claims Discharged Without Payment:  1,149,354.84 |
| Total Expenses of Administration: 9,321.59 | |

3) Total gross receipts of $ 26,011.83  (see Exhibit 1), minus funds paid to the debtor and third parties of $ 0.00  (see Exhibit 2), yielded net receipts of $ 26,011.83  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $ 331,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | NA | 9,321.59 | 9,321.59 | 9,321.59 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 756,470.24 | 409,574.84 | 409,574.84 | 16,690.24 |
| TOTAL DISBURSEMENTS | $ 1,087,470.24 | $ 418,896.43 | $ 418,896.43 | $ 26,011.83 |

4) This case was originally filed under chapter 7 on  01/04/2008 .  The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/09/2009                         By: /s/DANIEL M. DONAHUE
                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Post-Petition Interest Deposits | 1270-000 | 11.83 |
| Preference Payments | 1290-000 | 26,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$26,011.83** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| National Bank & Trust<br>230 West State Street<br>Sycamore, IL 60178 | | 11,000.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Nationwide Advantage<br>7660 Office Plaza Drive<br>West Des Moines, IA 50266-2336 | | 320,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$ 331,000.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | 2100-000 | NA | 3,351.01 | 3,351.01 | 3,351.01 |
| MCGREEVY WILLIAMS | 3110-000 | NA | 5,925.00 | 5,925.00 | 5,925.00 |
| MCGREEVY WILLIAMS | 3120-000 | NA | 45.58 | 45.58 | 45.58 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 9,321.59** | **$ 9,321.59** | **$ 9,321.59** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AT&T Universal Card<br>P.O. Box 688903<br>Des Moines, IA 50368-8903 | | 10,350.42 | NA | NA | 0.00 |
| Advanta BancCorp<br>P.O. Box 30715<br>Salt Lake City, UT 84130-0715 | | 6,060.63 | NA | NA | 0.00 |
| Discover<br>P.O. Box 30395<br>Salt Lake City, UT 84130-0395 | | 4,663.63 | NA | NA | 0.00 |
| Great Bank - Charter One<br>234 South Randall Road<br>Algonquin, IL 60102 | | 90,000.00 | NA | NA | 0.00 |
| Great Bank - Charter One<br>234 South Randall Road<br>Algonquin, IL 60102 | | 90,000.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Larry and Teresa Cuciaron<br>1680 Cumberlin Parkway<br>Algonquin, IL 60102 | | 22,697.78 | NA | NA | 0.00 |
| Larry and Teresa Cuciaron<br>1680 Cumberlin Parkway<br>Algonquin, IL 60102 | | 22,697.78 | NA | NA | 0.00 |
| Lester and Carol Ohrn<br>210 Holly Tree Lane<br>Simpsonville, SC 29681 | | 255,000.00 | NA | NA | 0.00 |
| Lester and Carol Ohrn<br>210 Holly Tree Lane<br>Simpsonville, SC 29681 | | 255,000.00 | NA | NA | 0.00 |
| CITIZENS BANK | 7100-000 | NA | 90,108.44 | 90,108.44 | 3,671.93 |
| DISCOVER BANK/DFS SERVICES LLC | 7100-000 | NA | 2,051.41 | 2,051.41 | 83.60 |
| EDWARD AND ROSEMARY RYBSKI | 7100-000 | NA | 8,000.00 | 8,000.00 | 326.00 |
| JAMES FELTS | 7100-000 | NA | 2,000.00 | 2,000.00 | 81.50 |
| LAWRENCE AND TERESA CUCIARONE | 7100-000 | NA | 32,697.78 | 32,697.78 | 1,332.44 |
| LESTER AND CAROL OHRN | 7100-000 | NA | 263,000.00 | 263,000.00 | 10,717.29 |

UST Form 101-7-TDR (4/1/2009) (Page 7)

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proof of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | NA | 11,717.21 | 11,717.21 | 477.48 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ 756,470.24 | $ 409,574.84 | $ 409,574.84 | $ 16,690.24 |

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:   1

**Exhibit 8**

| Case No: | 08-70014   MLB   Judge: MANUEL BARBOSA |
|---|---|
| Case Name: | FELTS, RENEE JEAN |

For Period Ending: 05/13/09

| Trustee Name: | DANIEL M. DONAHUE |
|---|---|
| Date Filed (f) or Converted (c): | 01/04/08 (f) |
| 341(a) Meeting Date: | 01/31/08 |
| Claims Bar Date: | 11/12/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property | 325,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Household goods and furnishings | 1,250.00 | 0.00 | DA | 0.00 | FA |
| 3. Wearing Apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| 4. Shot gun | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. 2002 Chevrolet pickup | 12,500.00 | 0.00 | DA | 0.00 | FA |
| 6. Pets | 400.00 | 0.00 | DA | 0.00 | FA |
| 7. Preference Payments (u) | Unknown | 26,000.00 | | 26,000.00 | FA |
| 8. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 11.83 | FA |
| 9. Membership - TCC Enterprises, LLC | 0.00 | 0.00 | DA | 0.00 | FA |

|  | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $339,450.00 | $26,000.00 | | $26,011.83 | $0.00 |
|  | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final Report has been filed.

Initial Projected Date of Final Report (TFR): 08/01/09   Current Projected Date of Final Report (TFR): 08/01/09

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

**Exhibit 9**

| | |
|---|---|
| Case No: | 08-70014 -MLB |
| Case Name: | FELTS, RENEE JEAN |

Taxpayer ID No: *******4082
For Period Ending: 05/13/09

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0182 Money Market Account (Interest Earn |

Blanket Bond (per case limit):   $ 1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trun. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/05/08 | 7 | EDWARD AND ROSEMARY RYBSKI | PREFERENTIAL PAYMENTS | 1290-000 | 11,000.00 | | 11,000.00 |
| 08/05/08 | 7 | lawrence cuciarone | PREFERENCE PAYMENTS | 1290-000 | 15,000.00 | | 26,000.00 |
| 08/29/08 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 2.23 | | 26,002.23 |
| 09/30/08 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 3.20 | | 26,005.43 |
| 10/31/08 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 2.52 | | 26,007.95 |
| 11/28/08 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 2.13 | | 26,010.08 |
| 12/31/08 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.31 | | 26,011.39 |
| 01/30/09 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.21 | | 26,011.60 |
| 02/27/09 | 8 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 26,011.80 |
| 03/04/09 | 8 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 26,011.83 |
| 03/04/09 | | Transfer to Acct #*******1282 | Final Posting Transfer | 9999-000 | | 26,011.83 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 26,011.83 | 26,011.83 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 26,011.83 | |
| Subtotal | | 26,011.83 | 0.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 26,011.83 | 0.00 | |

Page Subtotals          26,011.83          26,011.83

Ver: 14.31a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit 9

| Case No: | 08-70014 -MLB |
|---|---|
| Case Name: | FELTS, RENEE JEAN |
| Taxpayer ID No: | *******4082 |
| For Period Ending: | 05/13/09 |

| Trustee Name: | DANIEL M. DONAHUE |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1282  GENERAL CHECKING |

Blanket Bond (per case limit):   $ 1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/04/09 | | Transfer from Acct #*******0182 | Transfer In From MMA Account | 9999-000 | 26,011.83 | | 26,011.83 |
| 03/05/09 | 000100 | DANIEL M. DONAHUE, TRUSTEE P.O. BOX 2903 ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 3,351.01 | 22,660.82 |
| 03/05/09 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 5,925.00 | 16,735.82 |
| 03/05/09 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 45.58 | 16,690.24 |
| 03/05/09 | 000103 | Lester and Carol Ohrn 210 Holly Tree Lane Simpsonville, SC 29681 | Claim 000001, Payment 4.1% | 7100-000 | | 10,717.29 | 5,972.95 |
| 03/05/09 | 000104 | Lawrence and Teresa Cuciarone 1680 Cumberland Parkway Algonquin, IL 60102 | Claim 000002, Payment 4.1% | 7100-000 | | 1,332.44 | 4,640.51 |
| 03/05/09 | 000105 | Edward and Rosemary Rybski 943 Crestview Drive Palatine, IL 60067 | Claim 000003, Payment 4.1% | 7100-000 | | 326.00 | 4,314.51 |
| 03/05/09 | 000106 | James Felts 1723 East Spring Creek Road Oregon, IL 61061 | Claim 000004, Payment 4.1% | 7100-000 | | 81.50 | 4,233.01 |
| 03/05/09 | 000107 | Discover Bank/DFS Services LLC PO Box 3025 New Albany, OH 43054-3025 | Claim 000005, Payment 4.1% | 7100-000 | | 83.60 | 4,149.41 |
| 03/05/09 | 000108 | PYOD LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Claim 000006, Payment 4.1% | 7100-000 | | 477.48 | 3,671.93 |
| 03/05/09 | 000109 | Citizens Bank attn: Steve Principi 443 Jefferson Blvd West | Claim 000007, Payment 4.1% | 7100-000 | | 3,671.93 | 0.00 |
| | | | Page Subtotals | | 26,011.83 | 26,011.83 | |

Ver: 14.31a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

**Exhibit 9**

| Case No: | 08-70014 -MLB |
|----------|---------------|
| Case Name: | FELTS, RENEE JEAN |

| Taxpayer ID No: | *******4082 |
| For Period Ending: | 05/13/09 |

| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1282  GENERAL CHECKING |

| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Warwick, RI 02886 | | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 26,011.83 | 26,011.83 | 0.00 |
| Less:  Bank Transfers/CD's | 26,011.83 | 0.00 | |
| Subtotal | 0.00 | 26,011.83 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 26,011.83 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL – ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *******0182 | 26,011.83 | 0.00 | 0.00 |
| GENERAL CHECKING - *******1282 | 0.00 | 26,011.83 | 0.00 |
| | 26,011.83 | 26,011.83 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Page Subtotals | 0.00 | 0.00 |

Ver: 14.31a

## Bank of America

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number    4429751282
01 01 148 06 M0000 E#     10
Last Statement:   NEW ACCOUNT
This Statement:   03/31/2009

Customer Service
1-877-757-8233

ESTATE OF
FELTS, RENEE JEAN, DEBTOR
DANIEL M. DONAHUE - TRUSTEE
08-70014
C/O GLOBAL GOVERNMENT BANKING
***** TX1-492-08-16 *****

Page    1 of    2

Bankruptcy Case Number:0870014

# SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 00/00/0000 - 03/31/2009 | Statement Beginning Balance | | .00 |
| Number of Deposits/Credits | 1 | Amount of Deposits/Credits | 26,011.83 |
| Number of Checks | 10 | Amount of Checks | 26,011.83 |
| Number of Other Debits | 0 | Amount of Other Debits | .00 |
| | | Statement Ending Balance | .00 |
| Number of Enclosures | 10 | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 03/04 | | 26,011.83 | 04428690182->04429751282 | 09925000143 |

### Withdrawals and Debits

**Checks**

| Check Number | Amount | Date Posted | Bank Reference | Check Number | Amount | Date Posted | Bank Reference |
|---|---|---|---|---|---|---|---|
| 100 | 3,351.01 | 03/09 | 8992889068 | 105 | 326.00 | 03/17 | 6292410310 |
| 101 | 5,925.00 | 03/09 | 8992889069 | 106 | 81.50 | 03/26 | 6392639350 |
| 102 | 45.58 | 03/09 | 8992889070 | 107 | 83.60 | 03/12 | 9330940913 |
| 103 | 10,717.29 | 03/18 | 6692729130 | 108 | 477.48 | 03/12 | 7192561778 |
| 104 | 1,332.44 | 03/31 | 9130288478 | 109 | 3,671.93 | 03/16 | 7592799020 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 00/00 | .00 | .00 | 03/17 | 12,131.23 | 12,131.23 |
| 03/04 | 26,011.83 | 26,011.83 | 03/18 | 1,413.94 | 1,413.94 |
| 03/09 | 16,690.24 | 16,690.24 | 03/26 | 1,332.44 | 1,332.44 |
| 03/12 | 16,129.16 | 16,129.16 | 03/31 | .00 | .00 |
| 03/16 | 12,457.23 | 12,457.23 | | | |

Recycled Paper